UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) No. 4:07CR231 JCH |
| v. | ) |
| | ) |
| ZELMAN SANDERS, III, | ) |
| | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 23, 2007, this Court entered a Preliminary Order of Forfeiture for substitute assets pursuant to the provisions of Title 21, United States Code, Section 853, based upon the defendant's guilty plea to the Indictment and his signed Plea Agreement, Guidelines Recommendations and Stipulations wherein the defendant agreed to the forfeiture of the substitute assets as outlined in Counts IV and V of the Indictment;

AND WHEREAS, on November 14, November 21, and November 28, 2007, the United States published in newspapers of general circulation, to wit: St. Louis Daily Record and St. Louis Countian, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of the right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, and;

WHEREAS, the Court has been advised that no petitions have been filed;

IT IS ORDERED, ADJUDGED AND DECREED:

1. That the following property which belongs to the defendant who is the subject of this order, is hereby condemned and forfeited as to all parties and full right, title, and interest is hereby

vested in the United States of America to be disposed of according to law, as follows:

    a.    $60,000.00 in United States currency seized from defendant Zelman Sanders, III, on June 6, 2006;

    b.    $20,000.00 in United States currency seized from defendant Zelman Sanders, III, on January 19, 2007;

    c.    $437.00 in United States currency seized from defendant Zelman Sanders, III, on January 19, 2007;

    d.    $2,200.00 in United States currency seized from Reginald L. Alexander, on January 19, 2007.

2.    The Clerk is hereby directed to send copies of this order to all counsel of record and the United States Marshall Service.

So ordered this ____ day of January, 2008.

_____
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE