UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>ZELMAN SANDERS III, )<br>)<br>Defendant(s). ) | Case No. 4:07CR00231 JCH |

## **ORDER**

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $3,000.00 to the surety of record.

/s/ Jean C. Hamilton

JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

Dated this 13th day of March, 2008.

*******************************************************************

### VERIFICATION OF DEFENDANT'S STATUS
(to be completed by the district Court)

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court-Eastern district of Missouri. I also certify that the status of the defendant is such that the conditions of the bond have been met as of this 13th day of March, 2008.

/s/ Cynthia Kornberger
Deputy Clerk